**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 28, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00903-CV

---

## ADAM JIANG, INDIVIDUALLY AND ON BEHALF OF S.Z., A MINOR, Appellant

## V.

## ST. THOMAS EPISCOPAL SCHOOL AND NICOLE ZUZIAK, Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-59383**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 19, 2018. On February 11, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.